# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT
### Opinion Transmittal Form

TO:        Opinion Clerk

FROM:      Judge Higginson

DATE:      May 12, 2025

SUBJECT:   No. 24-10540, *Welsh v. Hester*, c/w 24-10576, *Welsh v. Lamb County*

------------------------------------------------------------------------------------------------------

Attached is a ⊠ **NEW OPINION** or a ☐ **REVISED OPINION**.
Judges **Ho** and **Wilson** concur.

Attached is   ☐ a dissent by Judge _____      ☐ a concurrence by Judge _____.

The record ☐ has been ☐ will be sent to the Clerk via UPS   ⊠ is in the Clerk's Office.

Opinion metadata ⊠ has been removed.

## INSTRUCTIONS FOR NEW OPINION:

### PUBLICATION:
☐   Publish.
⊠   Do not publish.

### IF THERE IS A REMAND:
⊠   Remand is full; this court does not retain jurisdiction.
☐   Remand is limited; this court retains jurisdiction.

### SPECIAL INSTRUCTIONS:
☐   Significant case; notify lower court judge when opinion is issued.
☐   Other (specify):
☐   Opinion bears on technical matters of statutory construction; notify Congress.

### COSTS TO BE TAXED AS FOLLOWS (civil cases [including habeas] only):
☐   Against appellant(s)/petitioner(s).
☐   Against appellee(s)/respondent(s).
☐   Each party to bear own costs.
⊠   Other (specify): **Costs against Appellant in 24-10540; each party to bear their own costs in 24-10576, except Appellant to bear Lamb County's costs**

---

Attachment
cc to panel members:

Judge Ho
Judge Wilson